| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Ashley Nekole Nash** | | Social Security number or ITIN | xxx–xx–5492 |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Alabama | | Date case filed for chapter 13 | March 20, 2018 |
| Case number: | 18–30814 | | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case          12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**No one in the bankruptcy clerk's office may give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ashley Nekole Nash | |
| 2. | **All other names used in the last 8 years** | aka Ashley Williams | |
| 3. | **Address** | 4304 Liztame Drive<br>Montgomery, AL 36106 | |
| 4. | **Debtor's attorney**<br>Name and address | Joshua C. Milam<br>Shinbaum & Campbell<br>566 S. Perry Street<br>Montgomery, AL 36104 | Contact phone 334–269–4440<br>Email: jmilam@smclegal.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Sabrina L. McKinney<br>P.O. Box 173<br>Montgomery, AL 36101 | Contact phone 334–262–8371 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | One Church Street<br>Montgomery, AL 36104 | Hours open 8:30 AM – 4:00 PM<br>Contact phone 334–954–3800<br>Date: March 21, 2018 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 3, 2018 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Valid photo identification required.**<br>**No cell phones or cameras will be allowed in the building.** | **Location:**<br>**Frank M. Johnson, Jr. Federal Courthouse, (Lee St. entrance), Sec. 341 Meeting Room (105), Montgomery, AL 36104** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: July 2, 2018** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: May 29, 2018** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: _____** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <u>Claims can be filed electronically through the court's website at: www.almb.uscourts.gov/electronic–proof–claim.</u><br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held:<br>Date: **June 4, 2018**, Time: **09:30 AM**, Location: **U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                                      United States Bankruptcy Court
                                       Middle District of Alabama
In re:                                                                                  Case No. 18-30814-WRS
Ashley Nekole Nash                                                                      Chapter 13
             Debtor                      CERTIFICATE OF NOTICE
District/off: 1127-2           User: admin                 Page 1 of 2                   Date Rcvd: Mar 21, 2018
                               Form ID: 309I               Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2018.
db            +Ashley Nekole Nash,    4304 Liztame Drive,    Montgomery, AL 36106-3443
3958404       +AMERICAN FAMILY CARE,    3700 Cahaba Beach Rd,    Birmingham, AL 35242-5225
3958406       +BELMONT APARTMENTS,    3580 MCGHEE PLACE DRIVE SOUTH,    Montgomery, AL 36111-3379
3958407       +Brenda Nash,   4304 Liztame Drive,    Montgomery, AL 36106-3443
3958409       +CAPSTONE FIN,   3207 ATLANTA HWY.,    MONTGOMERY, AL 36109-3435
3958411       +COVINGTON CREDIT/SMC,    150 EXECUTIVE CENTER DRIVE,    GREENVILLE, SC 29615-4505
3958412       +CREDIT ACCEPTANCE,    25505 WEST 12 MILE RD,    SUITE 3000,    SOUTHFIELD, MI 48034-8331
3958417       +EDC/BO EVANS REALTY &,    1137 E MAIN ST,    PRATTVILLE, AL 36066-5625
3958398        EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
3958400        EXPERION,   P.O. BOX 9701,    Allen, TX 75013-9701
3958419       +LCLMNGMNTLLC,   1661 EAST MAIN ST,    PRATTVILLE, AL 36066-3503
3958420       +MAX CREDIT UNION,    400 EASTDALE CIR,    Montgomery, AL 36117-2117
3958423       +REGIONAL MANAGEMENT CORPORATION,    979 BATESVILLE RD,    SUITE B,    Greer, SC 29651-6819
3958425        SERVICE LOAN,    557 MCQUEEN SMITH RD,    Prattville, AL 36066
3958427      ++TOWER LOAN,   P O BOX 320001,    FLOWOOD MS 39232-0001
              (address filed with court: TOWER LOAN,     ATTN: BANKRUPTCY,   406 LIBERTY PARK COURT,
                FLOWOOD, MS 39232)
3958399       +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19016-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: jmilam@smclegal.com Mar 21 2018 21:12:11      Joshua C. Milam,
               Shinbaum & Campbell,    566 S. Perry Street,    Montgomery, AL 36104
tr            +E-mail/Text: trustees_office@ch13mdal.com Mar 21 2018 21:13:17      Sabrina L. McKinney,
               P.O. Box 173,    Montgomery, AL 36101-0173
3958401       +EDI: FRAN.COM Mar 22 2018 05:22:00      1ST FRANKLIN,   PO BOX 680951,
               PRATTVILLE, AL 36068-0951
3958403       +EDI: FRAN.COM Mar 22 2018 05:22:00      1ST FRANKLIN FINANCIAL,    PO BOX 680951,
               PRATTVILLE, AL 36068-0951
3958402        EDI: FRAN.COM Mar 22 2018 05:22:00      1ST FRANKLIN,   135 E TUGALO STREET,    TOCCOA, GA 30577
3958405       +EDI: PHINAMERI.COM Mar 22 2018 05:05:00      AMERICREDIT/GM FINANCIAL,    ATTN: BANKRUPTCY,
               PO BOX 183853,    ARLINGTON, TX 76096-3853
3958408       +EDI: CAPONEAUTO.COM Mar 22 2018 05:19:00      CAPITAL ONE AUTO FINANCE,
               ATTN: GENERAL CORRESPONDENCE/BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
3958413       +E-mail/Text: bk@creditcentralllc.com Mar 21 2018 21:13:00      CREDIT CENTRAL,    1734 E MAIN ST,
               PRATTVILLE, AL 36066-5582
3958414       +EDI: RCSFNBMARIN.COM Mar 22 2018 05:10:00      CREDIT ONE BANK,    ATTN: BANKRUPTCY,
               PO BOX 98873,    LAS VEGAS, NV 89193-8873
3958415       +E-mail/Text: bk@creditcentralllc.com Mar 21 2018 21:13:00      CREDITCENTRL,    1734 E MAIN ST,
               PRATTVILLE, AL 36066-5582
3958410       +E-mail/Text: dl-csgbankruptcy@charter.com Mar 21 2018 21:13:23      Charter Communications,
               7421 Eastchase Parkway,    Montgomery, AL 36117-6846
3958416       +EDI: NAVIENTFKASMDOE.COM Mar 22 2018 05:22:00      DEPT OF ED / NAVIENT,    ATTN: CLAIMS DEPT,
               PO BOX 9635,    WILKES BARR, PA 18773-9635
3958418       +E-mail/Text: bknotice@ercbpo.com Mar 21 2018 21:12:47      ERC/ENHANCED RECOVERY CORP,
               ATTN: BANKRUPTCY,    8014 BAYBERRY RD,    JACKSONVILLE, FL 32256-7412
3958421       +EDI: AGFINANCE.COM Mar 22 2018 04:57:00      ONEMAIN,   ATTN: BANKRUPTCY,    601 NW 2ND ST,
               EVANSVILLE, IN 47708-1013
3958422       +E-mail/Text: bankruptcy@progfinance.com Mar 21 2018 21:12:48      PROGRESSIVE LEASING,
               256 WEST DATA DRIVE,    Draper, UT 84020-2315
3958424       +EDI: SECFIN.COM Mar 22 2018 05:22:00      SECURITY FINANCE,    SFC CENTRALIZED BANKRUPTCY,
               PO BOX 1893,    SPARTANBURG, SC 29304-1893
3958428       +EDI: WABK.COM Mar 22 2018 05:03:00      WORLD ACCEPTANCE CORP,    ATTN: BANKRUPTY,   PO BOX 6429,
               GREENVILLE, SC 29606-6429
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3958426         SERVICE LOAN
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2018 at the address(es) listed below:
NONE.                                                                                           TOTAL: 0